IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil Action No. <u>6:26-cv-01023-JSS-LHP</u>

UNUSUAL MACHINES, INC.,

     Plaintiff,

v.

TRITIUM STUDIOS LLC d/b/a
EWING AEROSPACE d/b/a
TRITIUM ELECTRONICS, and
EWING AEROSPACE LLC,
     Defendants.

_____/

## <u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>

In accordance with Local Rule 1.07, I certify that the instant action is NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

<u>Dated: May 27, 2026</u>          <u>/s/  Leah Z. Halpert, Esq.</u>
                                  Leah Z. Halpert, Esq.
                                  **HALPERT TRADEMARK LAW**
                                  *Lead Counsel for Plaintiff*
                                  696 Mistletoe Road, #202
                                  Ashland, OR 97520

4929-7509-8800, v. 1

Tel: (541) 203-0373
Email: Leah@HalpertTMLaw.com
California Bar No. 273590

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been furnished via Email to Attorneys for Defendants, Howard L. Wernow, Esq. (Howard.Wernow@sswip.com), Sand Sebolt & Wernow Co., P.A., Aegis Tower – Ste. 1100, 4940 Munson Street NW, Canton, OH 44718; and Co-Counsel for Plaintiff, James D. Silver, Esq. (jsilver@nasonyeager.com) and Lillian R. Denish (ldenish@nasonyeager.com), Nason, Yeager, Gerson, Harris & Fumero, P.A., 110 E. Brower Blvd., Ste. 1010, Fort Lauderdale, FL 33301, this 27th day of May, 2026.

/s/  Leah Z. Halpert, Esq.
Leah Z. Halpert, Esq.
**HALPERT TRADEMARK LAW**
*Lead Counsel for Plaintiff*
696 Mistletoe Road, #202
Ashland, OR 97520
Tel: (541) 203-0373
Email: Leah@HalpertTMLaw.com
California Bar No. 273590

4929-7509-8800, v. 1