**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNUSUAL MACHINES, INC.,

Plaintiff,

v. Case No.: 6:26-cv-01023-JSS-LHP

TRITIUM STUDIOS LLC, EWING AEROSPACE, LLC, AND TANNER EWING,

Defendants,

---

**ORDER**

Before the Court is Defendants Tritium Studios LLC and Ewing Aerospace LLC's Amended Motion to Compel Production of Documents. Doc. No. 66. The motion relates to Requests for Production ("RFPs") served on July 16, 2026, Doc. No. 66-1, to which Plaintiff responded on August 28, 2026, Doc. No. 66-2, and after conferral, later served amended responses on October 2, 2026, Doc. No. 66-3, *see also* Doc. No. 66, at 3 n.1. In the latest responses, while Plaintiff asserted several objections, Plaintiff also agreed to produce relevant, responsive materials on a rolling basis, and stated that it was not withholding responsive documents based on its objections as to most of the RFPs (with the exception of RFPs 12 & 13). Doc. No. 66-3; *see also* Doc. No. 66-4, Doc. No. 66-5, at 9. However, Defendants contend that Plaintiff has failed to produce any responsive documents or begin the promised

rolling production. Doc. No. 66. Defendants also note that the parties were negotiating a confidentiality agreement, but Plaintiff's counsel has failed to execute it. *Id.* at 2, 3; *see also* Doc. No. 66-5. Defendants seek an Order compelling production of documents responsive to the RFPs, and an award of fees for bringing the motion. Doc. No. 66, at 3–4.

Plaintiff has not responded to the motion, and the time for doing so expired on November 2, 2026. *See* Doc. No. 27 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion). Accordingly, the Court deems the motion to be unopposed in all respects. *See id.* (stating that failure to file a timely response *will* result in the discovery motion being deemed unopposed); *see also Weaver v. Green Sols. of Fla. LLC*, No. 6:23-cv-2059-CEM-LHP, 2024 WL 4275221, at *1 (M.D. Fla. Sept. 24, 2024) (granting motion to compel as unopposed when opposing party failed to file a timely response in accordance with the Order on Discovery Motions); *Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion."); *Bercini v. City of Orlando*, No. 6:15-cv-1921-Orl-41TBS, 2016 WL 11448993, at *2 (M.D. Fla. Sept. 28, 2016) (granting in full unopposed motion to compel); *Daisy, Inc. v. Pollo Operations, Inc.*, No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May

14, 2015) (when defendant did not respond court could consider motion to compel unopposed).

Upon review of the motion, and the related discovery attached, the Court finds the motion well taken as to the requested discovery, given Plaintiff's apparent concession that responsive documents remain outstanding, and the lack of a response to the present motion. The Court declines in this one instance, however, to award sanctions. *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).

Accordingly, it is **ORDERED** as follows:

1. Defendants' Amended Motion to Compel Production of Documents (Doc. No. 66) is **GRANTED in part**.

2. Within **fourteen (14) days** of the date of this Order, Plaintiff shall serve on Defendants all documents in its possession, custody, and/or control responsive to the RFPs. *See* Doc. No. 66-1.

3. All objections to the discovery at issue have been waived by the failure to timely respond to the motion to compel. *See, e.g., Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned); *Bercini*, 2016 WL 11448993, at *2 (same).

4. The motion (Doc. No. 66) is **DENIED in all other respects**.

5. **Failure to comply with this Order may result in sanctions.** ***See*** **Fed. R. Civ. P. 37(b).**

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record